IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

E-YAGE BOWENS,

    Plaintiff,

v.                                CASE NO. 4:16cv495-RH/GRJ

LAURA ANN ADAMS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 10, the plaintiff's objections, ECF No. 11, and the plaintiff's additional notice, ECF No. 12. I have reviewed de novo the issues raised by the objections and notice. The objections are rife with gibberish sometimes associated with an alleged "sovereign citizen."

As noted in the report and recommendation, the plaintiff has at least three "strikes" under 28 U.S.C. § 1915(g) and has not alleged that he is in imminent danger of serious physical injury. The plaintiff has not paid the filing fee and cannot properly proceed *in forma pauperis*. Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice." The clerk must close the file.

SO ORDERED on October 18, 2016.

s/Robert L. Hinkle
United States District Judge